IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MICHAEL LEWIS,<br>Defendant. | MAGISTRATE NO. 2019/0049<br><br>CRIMINAL COMPLAINT<br><br>Entry Without Inspection<br>8 U.S.C § 1325(a) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1
### (Entry Without Inspection)

On or about August 25, 2019, in St. Croix, District of the Virgin Islands, the defendant

Michael Lewis,

while an alien, did knowingly elude examination and inspection by immigration officers by entering St. Croix without examination or inspection,

in violation of Title 8, United States Code, Section 1325(a).

I further state that I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations and that this complaint is based on the following facts:

SEE ATTACHED "AFFIDAVIT IN SUPPORT OF COMPLAINT" INCORPORATED HEREIN BY REFERENCE

_____
CHRISTOPHER McGRATH
Special Agent
DHS/ICE/HIS

SUBSCRIBED AND SWORN TO BEFORE ME

on August 26, 2019 at Christiansted, St. Croix, U.S.V.I.

_____
GEORGE W. CANNON
U.S. Magistrate Judge